PER CURIAM.
We affirm the final judgment. The testimony appellant claims should have been excluded was cumulative and any error in its admission was harmless. Butcher v. Miami Elevator Co., 568 So.2d 61, 63 (Fla. 3d DCA 1990); Metropolitan Dade County v. Coats, 559 So.2d 71, 73 (Fla. 3d DCA), review denied, 569 So.2d 1279 (Fla.1990).
The remaining issue on appeal was not preserved for review. Middelveen v. Sibson Realty, Inc., 417 So.2d 275 (Fla. 5th DCA), review denied, 424 So.2d 762 (Fla. 1982); Lollie v. General Motors Corp., 407 So.2d 613 (Fla. 1st DCA 1981), review denied, 413 So.2d 876 (Fla.1982); DuPuis v. 79th St. Hotel, Inc., 231 So.2d 532 (Fla. 3d DCA), cert. denied, 238 So.2d 105 (Fla.1970).
Affirmed.